# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 LMM PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __KEITH BLACKMON__   JOINT DEBTOR: _____   CASE NO: __15-21758__

Last Four Digits of SS #: xxx-xx-8895    Last Four Digits of SS#: xxx-xx-

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 3,639.00 for months 1 to 8 ;
- B. $ 3,754.00 for months 9 to 60 ;
- C. $_____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $6,500.00   TOTAL PAID $3,850.00 _____

(Breakdown: **Fees**: (Base Fee) $00.00 + (LMM Participation) $2,500.00 = $2500.00; **Costs:** (filing fee) $310.00 + (Credit Report) $50.00 + (General Costs) $150.00 + (LMM Costs) $65.00 = Total Costs: 575.00)

Balance Due    $ 3,075.00    payable $ 307.50 /month (Months 1 to 10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Christiana Trust/Bank United    Arrearage on Petition Date  $ LMM _____
Address: 15480 Laguna Canyon Rd
         Irvine, CA 92618           Arrears Payment   $_____/month (Months ____ to ____)
                                    Regular LMM Payment $ 3,000.68 /month (Months 1 to 60 )
Account No: 6609

2. _____                       Arrearage on Petition Date  $_____
Address: _____                 Arrears Payment   $_____/month (Months ____ to ____)
         _____                 Regular Payment   $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase | 1930 SW 58 Ave. Plantation FL $62,000.00 | % | $ | ____ To ____ | |
| 5/3rd Bank #4510 | 360 W Tropical Way, Plantation, FL $150,243.52 | % | $ | ____ To ____ | |
| | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____           Total Due $_____
                        Payable   $_____/month (Months 1 to 60 ) Regular Payment $_____
2. _____           Total Due $_____
                        Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00 /month (Months 1 to 10); $ 412.05/month (Months 11 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.
2. Debtors shall pay IndyMac Mortgage Services #7561 shall be paid outside the plan per contract re: 1930 SW 58 Ave, Plantation, FL 33317

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Keith M. Blackmon
Debtor                                    Joint Debtor
Date: 7/27/2015                           Date:

LF-31 (rev. 01/08/10)